AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Valerie Colletti, on behalf of herself and all similarly situated persons, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  0:15-4838-TLW |
| Monitronics International Inc., | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:   The plaintiff, Valerie Colletti, shall take nothing from the defendant, Monitronics International Inc., as to her complaint filed pursuant to 47 U.S.C. 227, and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ Decided by the Honorable Terry L. Wooten, Chief United States District Judge, presiding, having granted the defendant's motion to dismiss.

Date:   August 4, 2016                                    *CLERK OF COURT*

                                                         s/Karen G Boston
                                                         *Signature of Clerk or Deputy Clerk*